LISA D. HARDIE, OSB # 080783
Troutman Sanders LLP
805 SW Broadway, Suite 1560
Portland, OR 97205
Telephone: (503) 290-2334
Facsimile: (503) 290-2405
Email: lisa.hardie@troutmansanders.com

MATTHEW D. MURPHEY, CSB #194111 (*admitted pro hac vice*)
Troutman Sanders LLP
5 Park Plaza, Suite 1400
Irvine, CA 92614
Telephone: (949) 622-2756
Facsimile: (949) 769-2090
Email: matt.murphey@troutmansanders.com

PAUL E. MCGOWAN, GSB #360460 (*admitted pro hac vice*)
Troutman Sanders LLP
600 Peachtree St. NE, Suite 5200
Atlanta, GA 30308
Telephone: (404) 885-3000
Facsimile: (404) 962-6842
Email: paul.mcgowan@troutmansanders.com

Attorneys for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **COLUMBIA SPORTSWEAR NORTH AMERICA, INC.**, an Oregon corporation,<br><br>**PLAINTIFF,**<br><br>v.<br><br>**SEIRUS INNOVATIVE ACCESSORIES, INC.**, a Utah corporation,<br><br>**DEFENDANT.** | No. 3:15-cv-64<br><br>**DEFENDANT SEIRUS INNOVATIVE ACCESSORIES, INC.'S NOTICE OF MOTION AND MOTION TO DISMISS OR, ALTERNATIVELY, TRANSFER VENUE TO THE SOUTHERN DISTRICT OF CALIFORNIA**<br><br>ORAL ARGUMENT REQUESTED |

Page 1 – DEFENDANT SEIRUS INNOVATIVE ACCESSORIES, INC.'S NOTICE OF
    MOTION AND MOTION TO DISMISS OR, ALTERNATIVELY, TRANSFER
    VENUE TO THE SOUTHERN DISTRICT OF CALIFORNIA

## LOCAL RULE 7.1 CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7.1, counsel for Defendant Seirus Innovative Accessories, Inc. ("Seirus") certifies that it made a good faith effort to resolve the issues raised in this Motion and its accompanying memorandum. Those efforts included at least one telephone conference and an exchange of e-mails with Plaintiff's counsel. Counsel for the parties were unable to resolve this dispute.

## MOTION

Defendant Seirus Innovative Accessories, Inc. ("Seirus") respectfully moves this Court to dismiss this case for improper venue under Federal Rule of Civil Procedure 12(b)(3). Alternatively, Seirus moves the Court to transfer this case to the U.S. District Court for the District of California pursuant to 28 U.S.C. § 1404(a).

This Motion is supported by Seirus' Memorandum in Support, the declarations of Matthew D. Murphey, Joseph Edwards (filed under seal), Michael Carey and Wendy Carey, and any exhibits attached thereto. This motion is made in good faith and not for purposes of delay.

DATED: February 27, 2015.

TROUTMAN SANDERS LLP

*s/ Matthew D. Murphey*
LISA D. HARDIE, OSB # 080783
Troutman Sanders LLP
805 SW Broadway, Suite 1560
Portland, OR 97205
Telephone: (503) 290-2334
Facsimile: (503) 290-2405
Email: lisa.hardie@troutmansanders.com

MATTHEW D. MURPHEY (*admitted pro hac vice*)
5 Park Plaza, Suite 1400
Irvine, CA  9261419
Telephone: (949) 662-2700
Facsimile: (949) 622-2739

Email: matt.murphey@troutmansanders.com

PAUL E. MCGOWAN (*admitted pro hac vice*)
Troutman Sanders LLP
600 Peachtree St. NE, Suite 5200
Atlanta, GA 30308
Telephone:  (404) 885-3000
Facsimile:  (404) 962-6842
Email:  paul.mcgowan@troutmansanders.com

Attorneys for Defendant Seirus Innovative Accessories, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on February 27, 2015, I electronically filed the foregoing document with the Clerk of the Court for the United States District Court of Oregon by using the CM/ECF system.  Participants in this case No. 3:15-cv-64 who are registered CM/ECF users will be served by the CM/ECF system.  To the extent any documents relevant to this matter are filed under seal, I certify that full and unredacted copies of such documents will be served on counsel of record for Plaintiff.

*s/ Matthew D. Murphey*
Matthew D. Murphey